Ryan K. Marden (SBN 217709)
**Marden Law, Inc.**
18012 Cowan, Suite 200
Irvine, CA 92614
(714) 822-4450
rmarden@marden-law.com

Attorney for Plaintiff
TYLER COLTEN FANDEL,

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYLER COLTEN FANDEL,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>GENERAL MOTORS, LLC, a limited liability company; and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | CASE NO.: 3:23-cv-04324-SI<br><br>**JOINT MOTION TO DISMISS**<br><br>*Honorable Judge Susan Illston* |

**TO THE COURT**:

The parties jointly, by and through their counsel of record, hereby request that the matter be dismissed with prejudice. The parties have executed a settlement agreement and all parties have satisfied their obligations under the terms of the settlement agreement.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

DATED:  September 19, 2024        MARDEN LAW, INC.

/s/Ryan K. Marden
Ryan K. Marden
Attorney for Plaintiff
TYLER COLTEN FANDEL

DATED:  September 19, 2024        PARK, LAWLESS & TREMONTI

/s/Steven Park
Steven Park
Attorney for Defendant
General Motors, LLC



Date:  September 19, 2024

JOINT MOTION TO DISMISS

2